

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Spencer O. Roberson
Petitioner,

v.

Warden, Eric Rardin
Respondent.

Case: **2:25-cv-13453**
Assigned To : **DeClercq, Susan K.**
Referral Judge: **Altman, Kimberly G.**
Assign. Date : **10/30/2025**
Description: **HC Roberson v. Rardin (jo)**

PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO TITLE 28 U.S.C. § 2241



**NOW COMES**, the Petitioner, Spencer O. Roberson, by pro se, and respectfully submits this petition for writ of habeas corpus pursuant to 28 U.S.C. §2241, requesting the Court to order the Bureau of Prisons [BOP] to properly apply Earned Time Credits under the First Step Act [FSA] of 2018 and the Second Chance Act [SCA] of 2007, and in support thereof states as follows:

I. JURISDICTION AND VENUE

　　1. This Court has jurisdiction pursuant to 28 U.S.C.§2241 because Petitioner is in custody under the authority of the United States and seeks relief affecting the execution of his sentence.

　　2. Venue is proper in this district because Petitioner is incarcerated at Federal Correctional Institution Milan, located within the Eastern District of Michigan.

II. PARTIES

　　1. Petitioner is currently in the custody of the BOP at Federal Correctional Institution Milan [FCI Milan], BOP Register Number 73346-509.

　　2. Respondent is the Warden of FCI Milan, and is the immediate custodian with authority over petitioner.

III. BACKGROUND

1. Petitioner's sentence began on April 20, 2023 in the United States District Court of Northern District of Indiana, and is currently serving a sentence of 63 months and 4 years supervised release.

2. The First Step Act of 2018, Pub. L. No. 110-199, codified in part at 18. U.S.C. §3624[a], authorizes eligible federal inmates to spend a portion of their sentence in Pre-Release Custody [e.g. RRC or Home Confinement].

IV. ARGUMENT

A. THE BUREAU OF PRISONS HAS FAILED TO PROPERLY APPLY EARNED FSA TIME CREDITS

1. Under 18 U.S.C. §3632[d][4][C], eligible inmates who successfully complete EBRR programs and PAs are entitled to apply earned time credits toward pre-release custody or supervised release.

2. The BOP has failed to properly apply Petitioner's earned time credits as mandated under the statute and supported by case law. See Goodman v. Sage, 2022 WL 18025677, at *3 [E.D. Ky. Dec. 30, 2022]; O'Bryan v. Cox, No. 23-5253, 2024 WL 776573 [6th Cir. Feb. 26, 2024] [holding that §2241 is an appropriate vehicle to challenge his misapplication of FSA credits].

3. Petitioner has actively participated in and completed qualifying programs but has not received his corresponding time credits.

B. THE BOP'S INTERPRETATION IS CONTRARY TO LEGISLATIVE INTENT AND JUDICIAL PRECEDENT

1. Courts in the Sixth Circuit have recognized that the BOP's delayed or improper application of time credits violates both statutory language and congressional intent. See Bennett v. Snyder-Norris, 2022 WL 16856103 [E.D. Ky. Nov. 10, 2022]; Jones v. Ziegler,

No. 5:22-CR-00165, 2022 WL 1785661 [E.D. Ky. Dec. 22,2022].

2. Petitioner respectfully asserts that the BOP's failure to account for earned time credits results in a longer incarceration period than authorized by law.

C. SECOND CHANCE ACT RELIEF IS LIKEWISE BEING IMPROPERLY WITHHELD

1. Petitioner qualifies for consideration for release to an RRC or home confinement under 18 U.S.C. §3624[c] and 36 U.S.C. §60541[g]. The BOP's failure to exercise its discretion consistent with the SCA's mandates further exacerbates the harm.

V. RELIEF REQUESTED

WHEREFORE, Petitioner respectfully prays that this Court:

1. Issue a writ of habeas corpus under 28 U.S.C.§2241;

2. Order the Bureau of Prisons to immediately calculate and apply Petitioner's earned FSA time credits;

3. Order that the Petitioner be promptly considered for pre-release custody under the SCA;

4. Grant such other relief as this Court deems just and proper.

Respectfully Submitted,
Spencer O. Roberson
Reg. No. 73346-509
FCI Milan
PO Box 1000
Milan, MI 48160

*Spencer Roberson*
10/22/25

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
EASTERN District of MICHIGAN

Spencer O. Roberson
*Petitioner*

v.

Case No. _____
*(Supplied by Clerk of Court)*

Eric Rardin. Warden
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Spencer O. Roberson
   (b) Other names you have used: N/A
2. Place of confinement:
   (a) Name of institution: Federal Correctional Institution Milan Michigan
   (b) Address: Post Office Box 1000
   Milan, Michigan 48160
   (c) Your identification number: _____
3. Are you currently being held on orders by:
   ■ Federal authorities   ☐ State authorities   ☐ Other - explain:
   N/A
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ■ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: E. Ross Adair Federal Building and United
      States Courthouse, 1300 South Harrison Street, Room 1108, Fort Wayne, IN 46802
      (b) Docket number of criminal case: 1:21CR66-001
      (c) Date of sentencing: 04-20-2023
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: N/A

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ■ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other (explain): N/A

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Eric Rardin, Warden, & Sara Allison[legal team] 4000 E. Arkona Rd., Milan, MI 48160
   (b) Docket number, case number, or opinion number: Sentence Monitoring Computation Data as of 11-16-2023
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): The Bureau of Prisons has failed to properly apply First Step Act of 2018 Federal Time Credits [FTC] to the computation of my federal sentence
   (d) Date of the decision or action: 11-16-2023

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes          ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: [The BOP lost or destroyed all of my legal materials and I do not have anything to reference]
       (2) Date of filing: ___
       (3) Docket number, case number, or opinion number: ___
       (4) Result: ___
       (5) Date of result: ___
       (6) Issues raised: ___

   (b) If you answered "No," explain why you did not appeal: N/A

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☒ Yes          ☐ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: [The BOP lost or destroyed all my records and I do not have anything to reference.]
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

■ Yes      ☐ No

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: [The BOP lost or destroyed all my legal documents and I do not have anything to reference.]
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes      ■ No

If "Yes," answer the following:

    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes      ■ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: N/A
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes    ☒ No

If "Yes," provide:
(1) Name of court: N/A
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: N/A

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes    ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody: N/A
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes    ☒ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: N/A
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes        ■ No
If "Yes," provide:
(1) Name of court: N/A
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes        ■ No
If "Yes," provide:
(a) Kind of petition, motion, or application: N/A
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE**: The Bureau of Prisons improperly determined Spencer O. Roberson is ineligible for FSA FTCs to be applied towards his early release from confinement because he is entitled to release if earned time credits were applied to the computation of his sentence.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The BOP must apply FSA FTCs to eligible prisoners who have earned credits and cannot categorically make them ineligible for such credits in a manner that contravenes the statutory provisions set forth under federal law, especially when there is no relevant statutory provision precluding a Fentanyl case.

(b) Did you present Ground One in all appeals that were available to you?
■ Yes  ☐ No

**GROUND TWO**: N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
N/A

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes  ☐ No

**GROUND THREE**: N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
N/A

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes  ☐ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
N/A

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes     ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:  N/A

## Request for Relief

15. State exactly what you want the court to do:  [1.] Issue a writ of habeas corpus under 28 U.S.C. §2241; [2.] Order the Bureau of Prisons to immediately calculate and apply petitioner's earned FSA time credits; [3.] Order that the petitioner be promptly considered for pre-release custody under FSA and Second Chance Act; [4.] Grant such other relief as this Court deems just and proper.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 10-22-2025

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 10/22/25

Spencer Roberson
*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

