UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SPENCER ROBERSON,

                Petitioner,         Case No. 2:25-cv-13453
                                                      Honorable Susan K. DeClercq
v.                                                  United States District Judge

ERIC RARDIN,

                Respondent.
_____/

## JUDGMENT

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED WITH PREJUDICE**.

Dated at Detroit, Michigan, this 18th, day of November, 2025.

                                                                      KINIKIA ESSIX
                                                                      CLERK OF THE

COURT APPROVED:                                          BY:  <u>s/K. Brown</u>
                                                                      DEPUTY CLERK

<u>/s/Susan K. DeClercq</u>
Susan K. DeClercq
United States District Judge