Spencer Roberson

V.

Eric Bardin

**FILED**
**NOV 25 2025**
CLERK'S OFFICE
DETROIT

Cause No. 2:25-CV-13453 SKD-KGA
Hon. Susan K. DeClercq

I am responding to the Notice To Notify Court of Address Change. I am currently at FCI Milan. My address or info has not changed. My inmate # is 73346509. I had my fiancee pay the filing fee for my 2241 and she may have used her return address. I'm sorry for any inconvenieces.

Spencer Roberson
73346509
FBOP        P.O. Box 1000
FCI Milan
Milan, MI 48160

Legal Mail:

RECEIVED
NOV 25 2025
CLERK'S OFFICE
DETROIT

48226-279426

METROPLEX MI 480
20 NOV 2025 PM 16 L

1775

United States District Court
Clerk's Office
231 Lafayette Blvd
Detroit, Michigan
48226